# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO MARTINEZ,<br><br>    Defendant | Case No.: 14-CR-00803-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 12] |

    Upon motion of Plaintiff United States of America, good cause appearing,

    The Court hereby **DISMISSES** without prejudice the Information in the above-entitled case.

    **IT IS SO ORDERED AND ADJUDGED**.

DATED: April 16, 2014

                                            HON. MICHAEL M. ANELLO
                                            United States District Judge